JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION,<br><br>                  Plaintiff,<br><br>vs.<br><br>REICHENBACH AUTO GROUP, INC.<br>d/b/a CAMARILLO AUTO BODY,<br><br>                  Defendant.<br><br>REICHENBACH AUTO GROUP, INC.<br>d/b/a CAMARILLO AUTO BODY,<br><br>                  Third-Party Plaintiff,<br><br>vs.<br><br>INDUSTRIAL FINISHES & SYSTEMS,<br>INC. and DOS 1 THROUGH 10,<br>inclusive,<br><br>                  Third-Party Defendant. | Case No. 2:21-cv-08918-MWF-JC<br><br>**ORDER OF DISMISSAL** |

    THIS CAUSE having come before this Court on Plaintiff BASF Corporation's, Defendant and Third-Party Plaintiff Reichenbach Auto Group, Inc. d/b/a Camarillo Auto Body's, and Third-Party Defendant Industrial Finishes & Systems, Inc.'s Stipulation of Dismissal, dated March 18, 2022, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court having reviewed the related papers thereto, **IT IS HEREBY ORDERED** as follows:

**ORDER OF DISMISSAL**

1.    The stipulation is approved. The entire action, including all claims, third-party claims, and counterclaims stated herein against all parties, are hereby dismissed with prejudice.

Dated: March 21, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge